[No. 53510-2-I.  Division One.  October 10, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. WALTER LEE HARRIS III, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-05416-8, Donald D. Haley, J., entered December 18, 2003. *Reversed* by unpublished opinion per Ellington, J., concurred in by Cox, C.J.; Kennedy, J., indicated her concurrence prior to her death on September 16, 2005.

[No. 54243-5-I.  Division One.  October 10, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE MILLAN-JIMENEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-02465-8, Michael Heavey, J., entered May 7, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54385-7-I.  Division One.  October 10, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY KNOWLES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-10410-4, Joan B. Allison, J. Pro Tem., entered June 7, 2004. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 54783-6-I.  Division One.  October 10, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN R. LITKE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-8-02258-6, Anita L. Farris, J., entered August 13, 2004. *Affirmed* by unpublished per curiam opinion.